**Motion to Reinstate Appeal Granted, Memorandum Opinion filed November 1, 2016, Withdrawn, Appeal Reinstated, Order filed November 15, 2016**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-16-00634-CV
_____

**MARATHON PETROLEUM COMPANY LP, Appellant**

**V.**

**CHERRY MOVING COMPANY, INC., Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-CV-1324**

## ORDER

On November 1, 2016, this court issued an opinion dismissing this appeal. On November 3, 2016, appellant filed a motion to reinstate the appeal. The motion is **GRANTED**.

This court's opinion filed November 1, 2016, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** Appellant's brief is due 30 days from the date of this order.

PER CURIAM